IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | 8:12CV262 |
| ) | |
| v. ) | |
| ) | |
| ROBERT P. HOUSTON, DIRECTOR, ) | **ORDER OF RECUSAL** |
| Department of Corrections, and FRED ) | **REQUEST FOR REASSIGNMENT** |
| BRITTEN, Warden, Tecumseh Corr. ) | |
| Inst., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 25th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge